IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, the successor in interest to Fulcrum Insurance,<br><br>Plaintiff,<br><br>v.<br><br>GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No. CV 06-0032-S-MHW<br><br>**SUMMARY JUDGMENT** |

This case, having come before the Court on Defendant's Motion for Summary Judgment (Docket #25), filed November 30, 2006, and Plaintiff's Motion for Summary Judgment (Docket #26), also filed November 30, 2006, the Court having heard oral argument on February 7, 2007, the Court having considered the Memorandum Briefs and Affidavits filed by the parties, and the Court having entered its Memorandum Decision and Order (Docket #36), on March 19, 2007, granting in part and denying in part Defendant's Motion for Summary Judgment, and granting in part and denying in part Plaintiff's Motion for Summary Judgment, and good cause appearing;

**Memorandum Decision and Order - Page 1**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Plaintiff General Security Indemnity Company of Arizona have judgment against Defendant Great Northern Insurance Company in the amount of Ninety One Thousand Two Hundred Ninety Five and 18/100 Dollars ($91,295.18), representing one half of the costs and attorney fees Plaintiff incurred in providing the defense for Maple Grove RV in the case entitled <u>Juan Marco Vuittonet, et al. v. Hayes Lemmerz International, Inc., et al.</u>, consolidated Case No. CV PI 01-00323D, in the Fourth Judicial District, County of Ada, State of Idaho, together with the legal rate of interest in effect at the time of the entry of judgment.

DATED: April 3, 2007

Honorable Mikel H. Williams
United States Magistrate Judge